UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BODENBURG, | Case No.23-cv-04409-TLT |
| Plaintiff, | |
| v. | **JUDGMENT** |
| APPLE INC., | |
| Defendant. | |

On May 8, 2024, the Court granted Defendant's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 27, 2025

_____
TRINA L. THOMPSON
United States District Judge